

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10601*

April 11, 2023

**BY ECF**
Honorable Cathy Seibel
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

> Re: United States v. Ardae Hines, a/k/a "Young Money," a/k/a, "YM,"
> 22 Cr. 42 (CS)

Dear Judge Seibel:

The Government writes in response to the Court's April 4, 2023, Order to respectfully advise the Court that it does not intend to introduce the defendant's June 14, 2017, or February 9, 2022, post-arrest statements in its case-in-chief at trial.

On or before May 10, 2023, the Government will submit documentary evidence regarding the defendant's knowledge that his calls from jail and prison facilities were recorded and monitored. The Government has conferred with defense counsel regarding its anticipated documentary submission and understands defense counsel does not intend to offer opposing evidence.

Accordingly, the Government respectfully submits an evidentiary hearing is not necessary.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Lindsey Keenan
Jacqueline Kelly
Samuel Raymond
Assistant United States Attorneys
(212) 637-1565 / 2456 / 6519